In the Matter of HENRY G. McCOMB, Appellant, v DIVISION OF LICENSING SERVICES, Respondent.—Judgment unanimously affirmed with costs. Memorandum: We find that respondent's denial of petitioner's application for a real estate broker's license was mandated by law (Real Property Law § 440-a), and that, in the circumstances of this case, the protections of article 23-A of the Correction Law are unavailable to petitioner *(see,* Correction Law § 751; *see generally, Matter of Sinclair v Division of Licensing of Dept. of State,* 96 AD2d 1130, *lv denied* 60 NY2d 559).

We have examined petitioner's other contention and find it to be without merit. (Appeal from Judgment of Supreme Court, Erie County, Fudeman, J.—Article 78.) Present—Dillon, P. J., Boomer, Green, Balio and Lowery, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TED TURCOTTE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Criminal Possession Controlled Substance, 4th Degree.) Present—Callahan, J. P., Denman, Pine, Lawton and Davis, JJ.

 In the Matter of ROBERTO A. KINTZ, Appellant, v THOMAS A. COUGHLIN, as Commissioner of the Department of Correctional Services, et al., Respondents.—Judgment unanimously affirmed. Memorandum: Pursuant to Penal Law § 70.30 (3) (b), petitioner properly received jail time credit of 363 days, the time he actually spent in local confinement, against the aggregate term of his consecutive sentences. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Article 78.) Present—Callahan, J. P., Denman, Pine, Lawton and Davis, JJ.